IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**RHONDA KEITH**                                                                              **PETITIONER**

**v.**                                          **CIVIL ACTION No.: 3:23-mc-6-JMV**

**SOCIAL SECURITY ADMINISTRATION**
**OFFICE OF INSPECTOR GENERAL**                                 **RESPONDENT**

**<u>AGREED ORDER</u>**

Before the Court is a Motion to Quash [1] filed by Petitioner Rhonda Keith on February 27, 2023. Pursuant to an Order [4] of this Court, the Social Security Administration Office of Inspector General (SSA-OIG) is due to file a sworn response to the Motion to Quash on or before April 3, 2023. The Court is advised that the Petitioner and SSA-OIG have reached an agreement with respect to the allegations contained within the Motion to Quash. Accordingly, the Court finds and orders as follows:

1. The parties agree that Petitioner and her counsel, the Honorable Matthew D. Wilson, have been properly served with notice of SSA-OIG's intent to subpoena certain documents from Petitioner's financial institution in compliance with the Right to Financial Privacy Act of 1978, 12 U.S.C. §§ 3401 et seq. The notice includes a copy of a Subpoena to the Petitioner's financial institution. As such, the grounds in support of Petitioner's Motion to Quash [1] have been rendered moot and the same is due to be withdrawn.

2. The parties agree that should the Petitioner desire to assert a new objection to SSA-OIG's intent to subpoena documents from Petitioner's financial institution then such objection shall be filed within ten (10) days of the date of entry of this Agreed Order. The Petitioner agrees that her failure to file an objection during this time period, and absent any

request for an extension of time of such period, shall constitute a waiver of Petitioner's right to challenge SSA-OIG's request and SSA-OIG may serve a copy of the Subpoena upon Petitioner's financial institution.

 3. The parties agree that SSA-OIG shall have a period of ten (10) days to respond to any new objection filed by the Petitioner.

 THEREFORE, IT IS ORDERED, as follows:

 1. The Motion to Quash [1] is WITHDRAWN; and

 2. The Petitioner shall have a period of ten (10) days from the date of entry of this Agreed Order to file any new objection to SSA-OIG's intent to subpoena certain documents from Petitioner's financial institution. Petitioner's failure to file an objection during this period, and absent any request for an extension of time of such period, shall constitute a waiver of Petitioner's right to challenge SSA-OIG's request and SSA-OIG may serve a copy of the Subpoena upon Petitioner's financial institution.

 3. SSA-OIG shall have a period of ten (10) days from the filing date to respond to any new objection filed by the Petitioner.

 SO ORDERED on this the 3rd day of April, 2023.

            /s/Jane M. Virden
            **UNITED STATES MAGISTRATE JUDGE**